Date 12-15-2015
Time 234 Am        COPY
78,831-02
CASE NO. CL-010650-1020534-B

DEAR HONORABLE JUDGE OF the COURT OF criminal Appeal

NOW COMES THE APPLICANT nathan Darrell neighbors This is Just A letter so the TRUE will come out to show The courts That I HAVE RECORDS To show That mr.peacock The Insurance Adjuster Came to my Hous To Take Photos And see That The fall was 25 Ft. on march 16, 2003 The were 17 Photos AND The medical RECORDS That I own to The Hospital on march 16,2003 The Day OF The fall of 25 ft. I Have 181 pages of RECords and LEGAL Documentation and paperwork Thats orginal I could not put Them in my 1107 WRIT OF HABEAS CORDUS This case The civil case AND the criminal case, The Law LIBRARY will Not let us inmates make copys This is wy I have AS The court To let me have A EVIDENTIARY HEARING Also in my Appeal BRIEF April 30,2003 Day was Taking out Transcripts so I could not even My Appeal Also way Back in may 2003 There were in my Appeal The DNA said That it was inconclussive was not A matched was not identified at Trial, my medical Records with Documentation All 3 Days AT Trial They never let me show my Alibi defense To The Jury Abe took AT medical Records He would not let me put Them In court And He new my life was on The line for A crime That I never committed I had just mute Abe A action The same Day April 30,2003 and made me go to Trial for my life

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk